JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2319-GW-KS | Date | June 21, 2023 |
|---|---|---|---|
| Title | *Kum Nam Lee v. Proland Management* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER**


Plaintiff Kum Nam Lee was given until June 15, 2023 to pay the filing fees or file a completed application *in forma pauperis* stated in the March 29, 2023 Notice (ECF No. 2). To date, Plaintiff has not responded nor paid the filing fees. The Court dismisses Plaintiff's complaint without prejudice.

                                                                                            :
                                          Initials of Preparer    JG